FELICE JOHN VITI, Acting United States Attorney (#7007)
LUISA R. GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT   84111-2176
Telephone:   (801) 325-3235

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSE ORTEGA-LOPEZ, Defendant. | Case No.   2:25mj286 CMR    2:25mj786 COMPLAINT    Magistrate Judge Paul Kohler |
|---|---|

Before the Honorable Paul Kohler, Chief United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### 8 U.S.C. § 1326
### Reentry of a Previously Removed Alien

On or about August 26, 2025, in the District of Utah,

JOSE ORTEGA-LOPEZ,

the defendant herein, an alien who on or about January 12, 2021, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

1

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326(a).

This complaint is made based on an investigation consisting of the following:

I, Christopher Snow, am a Special Agent with the Department of Homeland Security/Homeland Security Investigations (HSI), assigned to the Assistant Special Agent in Charge Office, located in Salt Lake City, Utah. Your affiant has been employed as a Special Agent with HSI, since July 2004. Since being hired as a Special Agent with HSI, your affiant has attended and graduated from HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) Glynco, Georgia. Prior to employment in HSI, I was employed in Federal Law Enforcement for three (3) years, working as Special Agent with the United States Secret Service (USSS) and seven (7) years as a local Police Officer and Detective with the Murray, Utah Police Department. I have over 30 years of experience in law enforcement with 21 of those years working immigration related offenses. My education includes a Bachelor of Science in Sociology from the University of Utah and an Associate of Science in Criminal Justice from the Salt Lake Community College. Further, as a Special Agent with Homeland Security Investigations, I am responsible for enforcing federal immigration and criminal statutes, including Title 8 of United States Code, Section 1326. I have received specialized training in and during the course of my employment have conducted and assisted in criminal investigations of Federal immigration laws

1. This affidavit does not contain all of the information known to me or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to obtain authorization to arrest JOSE ORTEGA-LOPEZ.

2. The elements of for a charge under 8 U.S.C. § 1326(a), Illegal Reentry of a Previously Removed Alien are as follows:

    a. That the Defendant is not a citizen of the United States;

    b. That the Defendant has previously been removed from the United States;

    c. That after the Defendant's removal, the Defendant knowingly reentered and was found in the United States; and

    d. That the Defendant did not obtain the express permission of the Secretary of the Department of Homeland Security to reenter the United States.

3. Information developed to date as a result of my investigation and the investigation of others revealed the following:

    a. JOSE ORTEGA-LOPEZ is not a citizen or national of the United States. He is a native and citizen of Mexico.

    b. JOSE ORTEGA-LOPEZ was removed from the United States to Mexico on January 12, 2021.

    c. After JOSE ORTEGA-LOPEZ's removal, he knowingly reentered the United States and on August 26, 2025, he was knowingly present and was found in Utah County, Utah.

    d. JOSE ORTEGA-LOPEZ never applied to the Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the United States after having been removed.

//

//

//

//

//

//

//

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for JOSE ORTEGA-LOPEZ for violations of 8 U.S.C. §1326(a).

CHRISTOPHER R SNOW
Digitally signed by CHRISTOPHER R SNOW
Date: 2025.08.29 09:17:28 -06'00'

Affiant
Christopher Snow
Special Agent
Homeland Security Investigations


SUBSCRIBED AND SWORN to before me via video teleconference this 29th day of August, 2025.

_____
Judge Cecilia M. Romero
Magistrate Judge, District of Utah

APPROVED:

FELICE JOHN VITI
Acting United States Attorney

For: _____
Luisa Gough
Assistant United States Attorney